1

2

3

4

# NOTE: CHANGES MADE BY THE COURT

5

6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

7

FRED BURBANK,

Case No.:  8:18-cv-00180-CJC (JDEx)

8

                                          Plaintiff,

**ORDER APPROVING *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

9

v.

ALEX AZAR, Secretary of the United

10

States Department of Health and Human
Services; SEEMA VERMA, Administrator

11

of the Centers for Medicare & Medicaid
Services; DEMETRIOS KOUZOUKAS,

12

Principal Deputy Administrator of the
Centers RS FOR MEDICARE &

13

MEDICAID SERVICES; LAURENCE
WILSON, Director of Chronic Care Policy

14

Group of the Centers for Medicare &
Medicaid Services; PETER J. GURK, MD,

15

Medical Director, DME MAC, Jurisdiction
D; ROBERT D. HOOVER, JR., MD,

16

MPH, FACP, Medical Director, DME
MAC, Jurisdiction C; STACEY V.

17

BRENNAN, MD, FAAFP, Medical
Director, DME MAC, Jurisdiction B,

18

WILFRED MAMUYA, MD, PHD,
Medical Director, DME MAC, Jurisdiction

19

A,

                                          Defendants.

20

21

1

The Court, having reviewed the *Ex Parte* Application for Extension of Time to Respond to the Complaint ("*Ex Parte* Application") by Defendants PETER J. GURK, ROBERT D. HOOVER, STACEY V. BRENNAN, and WILFRED MAMUYA (collectively, the "Medical Directors"), finds that good cause exists to enter an Order approving the *Ex Parte* Application.

Accordingly, IT IS HEREBY ORDERED AS FOLLOWS:

**\*\*The Medical Directors' responses to the Complaint shall be filed no later than 60 days after service of the summons.\*\***

Dated: <u>March 28, 2018</u>

_____
Hon. Cormac J. Carney

2