1   Fred Burbank, MD
2   FBurbank@cox.net
3   24040 Camino del Avion, A326
4   Dana Point, CA 92629
5   Tel: (949) 496-0026
6   Fax: (949) 496-3247
7   Counsel (Pro Se) for Plaintiff
8

Lodged Proposed Order

FILED
2018 MAY 25   AM 9: 37
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____

9                 **UNITED STATES DISTRICT COURT**
10                **CENTRAL DISTRICT OF CALIFORNIA**
11
12

| | |
|---|---|
| FRED BURBANK, MD<br>CEO, President, Board Chairman,<br>and stock holder, Sensory NeuroStimulation, Inc.<br><br>*Plaintiff,*<br><br><br><br>-v-<br><br><br>ALEX M. AZAR II, Secretary, United<br>States Department of Health and Human<br>Services,<br><br>*Defendants*<br>(7 more Defendants on the next page) | No. SACV 18-00180 CJC (JDEX)<br><br><br>**Ex Parte**<br>**Application for Service of Process**<br>**and Response Date**<br>**Ruling by the Court**<br><br><br><br>Honorable Cormac J. Carney<br>United States District Judge |

31
32   **EX PARTE APPLICATION FOR AN ORDER SPECIFYING THAT DEFENDANT**
33   **ALEX AZAR, IN HIS OFFICIAL CAPACITY, HAS BEEN SERVED A COPY OF THE**
34   **COMPLAINT AND A SUMMONS; THAT DEFENDANTS SEMA VERMA,**
35   **DEMETRIOS KOUZOUKAS, AND LAURENCE WILSON, IN BOTH THEIR**
36   **INDIVIDUAL AND OFFICIAL CAPACITIES, HAVE BEEN SERVED A COPY OF THE**
37   **COMPLAINT AND A SUMMONS; AND THAT AUGUST 1, 2018 IS THE REPONSE**
38   **DATE FOR ALL EIGHT DEFENDANTS; MEMORANDUM IN SUPPORT; AND**
39   **DECLARATION BY FRED BURBANK, MD**
40

1
2
3      SEEMA VERMA, Administrator
4      CENTERS FOR MEDICARE
5         AND MEDICAID SERVICES,
6
7      DEMETRIOS KOUZOUKAS
8      Principal Deputy Administrator,
9
10     LAURENCE WILSON
11     Director, Chronic Care Policy Group,
12
13     PETER J. GURK, MD
14     Medical Director, DME MAC, Jurisdiction D,
15
16     ROBERT D. HOOVER, JR., MD, MPH, FACP
17     Medical Director, DME MAC, Jurisdiction C,
18
19     STACEY V. BRENNAN, M.D., FAAFP
20     Medical Director, DME MAC, Jurisdiction B,
21
22     WILFRED MAMUYA, MD, PhD
23     Medical Director, DME MAC, Jurisdiction A,
24
25                    *Defendants*
26
27
28

2

1  **EX PARTE APPLICATION FOR AN ORDER SPECIFYING THAT DEFENDANT**
2  **ALEX AZAR, IN HIS OFFICIAL CAPACITY, HAS BEEN SERVED A COPY OF THE**
3  **COMPLAINT AND A SUMMONS; THAT DEFENDANTS SEMA VERMA,**
4  **DEMETRIOS KOUZOUKAS, AND LAURENCE WILSON, IN BOTH THEIR**
5  **INDIVIDUAL AND OFFICIAL CAPACITIES, HAVE BEEN SERVED A COPY OF THE**
6  **COMPLAINT AND A SUMMONS; AND THAT AUGUST 1, 2018 IS THE REPONSE**
7  **DATE FOR ALL EIGHT DEFENDANTS; MEMORANDUM IN SUPPORT; AND**
8  **DECLARATION BY FRED BURBANK, MD**
9
10

11  Pursuant to Federal Rules of Civil Procedure, Rule 4(a)(1)(A-G), Rule 4(c)(1-2), Rule

12  4(e)(1&2)), Rule 4(i)(1)(A(ii)[1], and Rule 4(i)(1)(B), Defendant Azar has now been served in his

13  official capacity.

14  Pursuant to Federal Rules of Civil Procedure, Rule 4(a)(1)(A-G), Rule 4(c)(1-2), Rule

15  4(e)(1&2)), Rule (i)(1)(A)(ii), Rule (i)(1)(B), and Rule 4(i)(3), Defendants Verma, Kouzoukas,

16  and Wilson have now been served in both their individual and official capacities.  Rule 4(i)(3),

17  states:

18  "*Officer or Employee Sued Individually.* To serve a United States officer or employee

19  sued in an individual capacity for an act or omission occurring in connection with duties

20  performed on the United States' behalf (whether or not the officer or employee is also

21  sued in an official capacity), a party must serve the United States and also serve the

22  officer or employee under Rule 4(e), (f), or (g)."[2]

23  Previously, Defendants Gurk, Hoover, Brennan, and Mamuya were served in their individual

24  capacities but are now represented by a Karen Y. Paik, Assistant U.S. Attorney, indicating that

25  the Justice Department considers that these four Defendants have also been served in their

26  official capacies.

---

[1] In their letter of May 4, 2018 (Exhibit E) attorneys Hanna and Monteleone specified that mail to
them should be sent to their Civil Process Clerk in Los Angeles; thereby satisfying Rule 4(i)(1)(A).(i).
[2] Note: Rules 4(f) and 4(g) do not apply to the Defendants Verma, Kouzoukas, and Wilson.  Only Rule 4(e) applies,
and it has been followed.

1    The Summons for Defendant Azar was served in his official capacity because he was not

2    yet the Secretary of the Department of Health and Human Services (HHS) at times and places

3    where Sensory NeuroStimulation, Inc. (Sensory) was damaged.  He had no personal

4    involvement.

5    The Summonses that were served on Defendants Verma, Kouzoukas, Wilson, Gurk,

6    Hoover, Brennan, and Manuya were served, at home, in their individual capacities because it is

7    not clear in what capacity they were working when they made decisions that negatively affected

8    Sensory.  Discovery will be required to determine each of Defendant's capacity status in relation

9    to Sensory.

10    The reasons for requesting a Ruling on the Status of Summons by the Court is detailed in

11    the attached Memorandum and Declaration of Fred Burbank, MD.

12    Notice of this ex parte application has been provided to the Defendants through their

13    counsel as set forth in the attached declaration.  This ex parte application is based upon this

14    Application, the attached Memorandum of Points and Authorities, the Declaration of Fred

15    Burbank, MD, and the records filed with the Court.  A proposed Order has been concurrently

16    lodged with the Court.

17    On multiple occasions, defendant counsel has stated opposition, in writing, to accepting

18    that Defendants Azar, Verma, Kouqoukas, and Wilson have been served.

19

**4**

1    Dated: May 24, 2018

2    Respectfully submitted,

3

4                                          _Fred Burbank MD_
5                                          Fred Burbank, MD
6                                          FBurbank@cox.net
7                                          24040 Camino del Avion, A326
8                                          Dana Point, CA 92629
9                                          Tel: (949) 496-0026
10                                         Fax: (949) 496-3247
11                                         Counsel (Pro Se) for Plaintiff
12

1            MEMORANDUM IN SUPORT OF APPLICATION

2    **I. Clarification**

3            I am attorney pro se in Federal Civil Complaint SACV 18-00180 CJC (JDEX) as I own

4    shares in Sensory NeuroStimulation, Inc. (Sensory) and those share values, through actions of

5    the Defendants, have been diminished.  I do not represent Sensory, itself, or any entity within

6    Sensory.

7    **II. At Issue**

8            On May 7, 2018, Karen Paik, attorney of record for Defendants Gurk, Hoover, Brennan,

9    and Mamuya (Exhibit A) wrote, by email (Exhibit B):

10            "Our position, set forth in the letter sent to you last week, is that service had not been

11            effectuated under Fed. R. Civ. P. 4(i) as to Defendants Verma, Kouzoukas, Azar, and

12            Wilson. Accordingly, as of last week, their time to respond had not yet begun to run.

13            Moreover, please see Fed. R. Civ. P. 12(a) with respect to the time for United States

14            employees to serve a responsive pleading."

15            Having sent emails to attorney Paik and letters to attorneys Hanna and Monteleone

16    stating the grounds for why the four government employees have now been served and being

17    unable to resolve our differences, I turn to the Court for clarity.

18    **III. Recital**

19            For all eight Defendants, dates of Service of Summonses and Complaints, locations of

20    service, service agents, and the like are listed in Exhibit C, "Service Chart."  Note that except for

21    Defendant Azar, who was served in his official capacity, only, through an authorized agent of the

22    Department of Health and Human Services (HHS), the remaining eight Defendants were served

23    personally, in their individual capacities, at their homes, either directly by receiving the

1    summons him or herself or indirectly through their wives.  For these seven Defendants, service

2    was not sent to their places of work as they were not being served in their official capacities.

3    Personal service or service through their wives was performed because each of these Defendants

4    was served in his or her individual capacity.  In addition, in the cover sheet of the Complaint,

5    they were named in their official capacities at the time of their involvement to reference where

6    the worked at the time damages occurred.

7            On Tuesday, May 8, 2018 all eight Proofs of Service were accepted by the Clerk of the

8    United States District Court, Central District of California and filed with the court as shown on

9    the Public Access to Court Electronic Records [PACER] web site (Exhibit D).  Exhibit D

10   contains an image of each of the eight PACER entries and copies of the filed proofs, themselves,

11   downloaded from PACER.

12           No deficiency was noted by Defense counsel for the process of service of the four HHS

13   contractors.  Following their first ex parte application, on March 28, 2108 the Honorable Cormac

14   J. Carney ordered these four Defendants to respond to my Complaint "… no later than 60 days

15   after service of the summons."  Following their second ex parte application, on May 2, 2018 the

16   Honorable Cormac J. Carney ordered "The time for Medicare Contractor Defendants Gurk,

17   Hoover, Brennan, and Mamuya to respond to the Complaint shall be extended until July 6,

18   2018."

19           Two deficiencies in the process of service of the four federally-employed Defendants,

20   were raised by the federal attorneys for the Defense.  Deficiency #1: the United States Attorney,

21   Nocola T. Hanna, and the United States Attorney General, Jeff Sessions, were not separately

22   served.  Deficiency #2: an unsigned "prayer" page (page 46) of the Complaint was in their

23   possession.[3]  Remedies to these two deficiencies were subsequently made.

_____

[3] The second ex parte motion was submitted to the Court by United States Attorney Nicola T.

1      **A. Federal Employee Service of Summons Deficiency #1**

2              **1. Notification**

3              On May 1, 2018, attorneys Nicola Hanna and Robyn-Marie Monteleone sent, by surface

4      mail (Exhibit E), that I had failed to comply with Federal Rule of Civil Procedures, Rule

5      4(i)(1)(A)(i) by not delivering a copy of the summons and complaint by registered or certified

6      mail to:

7              "…the United States attorney for the district where the action is brought—or to an

8              assistant United States attorney or clerical employee whom the United States attorney

9              designates in a writing filed with the court clerk.…"

10     In the same letter these two attorneys pointed out that Rule 4(i)(1)(B) requires that a copy of the

11     summons and complaint be sent by registered or certified mail to:

12             "… the Attorney General of the United States at Washington, D.C.….."

13             **2. Remedy**

14     As shown in Exhibits E and F, I followed the instructions of attorneys Hanna and Montelone and

15     copies of the summonses and Complaint were sent on May 4, 2018 and received on May 9th and

16     7th 2018, respectively, by:

17

---

Hanna, by Assistant United States Attorney Dorothy A. Schouten, and by Assistant United States
Attorney Karen Y. Paik.  It is clear from the language of this ex parte application that they had a
copy of the Complaint in their possession and that they considered the copy in their possession to be
valid.  If not, as with the federal employees they would have taken issue with the service of process
and/or the Complaint, itself, and not have needed to apply for an extension of time to respond.
Having in their possession of a valid copy the service of process and a valid copy of the Complaint,
any one of these three attorneys could have forwarded their copy to the attorney general.  Instead, I
was sent, by surface mail, two separate notices of procedural deficiencies.

1       Jeff Sessions

2       Attorney General of the United States U.S. Department of Justice

3       950 Pennsylvania Avenue, NW

4       Washington, DC 20530-0001

5  and:

6       The Civil Process Clerk

7       Office of the United States Attorney Room 7516, Federal Building

8       300 North Los Angeles Street

9       Los Angeles, CA 90012

10     **B. Federal Employee Service of Summons Deficiency #2**

11         **1. Notification**

12       A second letter, again sent by surface mail (Exhibit G), from attorneys Nicola Hanna and

13    Robyn-Marie Monteleone dated May 9, 2018 noted that in the copy of the Complaint they

14    received from me (through their Civil Process Clerk):

15         "… the "Prayer" page of the Complaint is unsigned.  Accordingly, you have not properly

16         served the United States Attorney."

17         **2. Remedies**

18           **a) Email Remedy**

19       Having only the email address of Karen Paik, attorney of record for the four Defendant

20    contractors, I emailed her on May 13, 2018 (Exhibit H) pointing out that the copy of the

21    Complaint attorneys Hanna and Monteleone had received indeed had an unsigned page 46, but if

22    they doubted that page 46 of the Complaint, as filed with the court, was actually signed, they

1    could view the Complaint on PACER and see that page 46 was, in fact, signed.  Attached to that

2    email was a color image of page 46 of the Complaint showing my signature in blue (Exhibit H).

3    **b) Certified Mail Remedy**

4    In addition, on May 19, 2018 I sent a conformed copy of the entire Complaint – on a CD

5    ROM disk - by Certified mail (Exhibit I) to:

6    The Civil Process Clerk

7    Office of the United States Attorney Room 7516, Federal Building

8    300 North Los Angeles Street

9    Los Angeles, CA 90012

10    The Civil Process Clerk received that package on May 21, 2018 (Exhibit I).

11    **IV. Good Cause Exists for Ruling that all Defendants have been Properly Served and for**

12    **Setting a Unified Response to Complaint date.**

13    Having remedied the two Service of Process deficiencies described above, Defendant

14    Azar has now been served in his official federal capacity and defendants Verma, Kouzoukas, and

15    Wilson have now been served in both their individual and official federal capacities.  For the

16    foregoing reasons, it is respectfully requested that the Court issue an Order declaring that:

17    **A. Defendant Azar has been served in his official capacity**

18    **B. Defendants Verma, Kouzoukas, Wilson, Gurk, Hoover, Brennan, and Manuya**
19    **have been served in their individual and official capacities.**

20    **C. A response date for all eight defendants is set for August 1, 2018.**
21

1    Dated: May 24, 2018

2    Respectfully Submitted

3
4                                                    *Fred Burbank*
5                                                    Fred Burbank, MD
6                                                    FBurbank@cox.net
7                                                    24040 Camino del Avion, A326
8                                                    Dana Point, CA 92629
9                                                    Tel: (949) 496-0026
10                                                   Fax: (949) 496-3247
11                                                   Counsel (Pro Se) for Plaintiff

12

**11**

1              **DECLARATION OF FRED BURBANK, MD**

2    I, FRED BURBANK, MD, hereby declare and state:

3              1. I am an owner of Sensory NeuroStimulation, Inc. (Sensory) stock.  As a shareholder in

4    Sensory, I am the Plaintiff in Federal Civil Case Number SACV 18-00180 CJC (JDEX), and I

5    am the attorney pro se in this case.

6              Sensory is the manufacturer of Relaxis®, an FDA-cleared, class II, prescription only,

7    medical device treatment for sleep loss associated with the restless legs syndrome (RLS).  In

8    addition, I am the primary inventor of the Relaxis medical device, Sensory's CEO, and the

9    Chairman of the Board of Directors of Sensory.

10             I have personal knowledge of the following facts and, if called as a witness, I could and

11   would testify completely thereto.

12             2. The Exhibits attached to this Petition are true and accurate copies of the original

13   documents.

14             3. Because the actions of Defendants Verma, Kouzoukas, Wilson, Gurk, Hoover, Brennan,

15   and Manuya - with respect to the Relaxis application for Durable Medical Equipment (DME)

16   status - were so far outside the scope of the spirit and the letter of the Administrative Procedure

17   Act (APA), Pub.L. 79–404, 60 Stat. 237, enacted June 11, 1946, it is unclear if these Defendants

18   were following official federal or HHS contractor procedures when they ruled against Sensory or

19   if they had "gone off the reservation" and were following some as-yet-disclosed personal,

20   corporate, or governmental set of rules.  Discovery will be needed to sort out these alternatives.

21             4. Consequently, Defendants Verma, Kouzoukas, Wilson, Gurk, Hoover, Brennan, and

22   Manuya were served in both individual and official capacities.

23             5. On May 2, 2018 the Honorable Judge Cormac J. Carney granted a second Defense ex

24   parte application for extension of time to respond to Complaint No. SACV 18-00180 CJC

1   (JDEX) for the four contractor Defendants.  The Court set the response date to July 6, 2018 for

2   these four Defendants.

3        6. Because lawyers in the Department of Justice have refused to acknowledge that the

4   remaining four federal employee Defendants have been served, they believe that no response

5   time has yet been established for theses four remaining Defendants.

6        7. To establish a single response date for all eight Defendants, the service of process status

7   for all eight Defendants needs to be clarified by the Court.  Should the Court rule that all eight

8   Defendants have been served, I propose a unified response date of August 1, 2018.  This date is

9   longer than the 60 days for a reply time that is stated in each of the HHS Defendants summonses.

10  An August 1, 2018 response date would also be nearly a month longer than the contractor

11  response date of July 6, 2018.  A response date of August 1, 2018 should give defense counsel

12  ample time to formulate a response for all eight Defendants.

13       8. On May 22, 2018 I called attorney Paik to attempt to reach a resolution.  She was not

14  available by phone that day or the next.  On May 24, 2018 I again called attorney Paik.  I

15  explained that Defendant Azar had been served in his official capacity as all the requirements of

16  Rule 4(i)(1)(A)(ii) and 4(i)(1)(B) had been met.[4]  I also explained that Defendants Verma,

17  Kouzoukas, Wilson had been served in their individual and official capacities as allowed under

18  Rule 4(i)(3).

19       9. By email sent on May 24, 2018 I notified attorney Paik that in the light of the

20  Department of Justice's unwillingness to agree that all Defendants had been served in their

21  various capacities, I would file an ex parte application requesting a Court Order defining the

22  status of each Defendant's service of process and defining a unified response to Complaint date.

23       10. I am making this request in good faith searching to establish a uniform response to

---

[4] In their letter of May 4, 2018 attorneys Hanna and Monteleone made it clear that a conformed copy
of the Complaint delivered to their Civil Process Clerk would satisfy Rule 4(i)(1)(A)(i) (Exhibit E).

1    Complaint date for all eight Defendants.

2            11. Notice of this application was sent to Defendant Counsel via email to Karen Paik

3    (USACAC) Karen.Paik@usdoj.gov and Toni A. Fratiello, Supervisory Paralegal Specialist

4    (Contract) Toni.Fratiello@usdoj.gov, and via U.S. mail to:

5            The Civil Process Clerk

6            Office of the United States Attorney

7            Room 7516, Federal Building

8            300 North Los Angeles Street

9            Los Angeles, CA 90012

10

11

12    I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 24,

13    2018 in Laguna Niguel, CA.

14

15                                                    _Fred Burbank_ MD

16                                                    Fred Burbank, MD
17

**14**

1  Fred Burbank, MD
2  FBurbank@cox.net
3  24040 Camino del Avion, A326
4  Dana Point, CA 92629
5  Tel: (949) 496-0026
6  Fax: (949) 496-3247
7  Counsel (Pro Se) for Plaintiff
8
9              **UNITED STATES DISTRICT COURT**
10            **CENTRAL DISTRICT OF CALIFORNIA**
11
12
13
14  FRED BURBANK, MD                          No. SACV 18-00180 CJC (JDEX)
15  CEO, President, Board Chairman,
16  and stock holder, Sensory NeuroStimulation, Inc.    **(PROPOSED)**
17
18         *Plaintiff,*                        **ORDER RE: EX PARTE**
19                                             **APPLICATION for Service of**
20                                             **Process and Response Date**
21                                             **Ruling by the Court**
22         -v-
23
24  ALEX M. AZAR II, Secretary, United        Honorable Cormac J. Carney
25  States Department of Health and Human     United States District Judge
26  Services,
27
28         *Defendants*
29  (7 more Defendants on the next page)
30
31
32  **EX PARTE APPLICATION FOR AN ORDER SPECIFYING THAT DEFENDANT**
33  **ALEX AZAR, IN HIS OFFICIAL CAPACITY, HAS BEEN SERVED A COPY OF THE**
34  **COMPLAINT AND A SUMMONS; AND THAT DEFENDANTS SEMA VERMA,**
35  **DEMETRIOS KOUZOUKAS, AND LAURENCE WILSON, IN BOTH THEIR**
36  **INDIVIDUAL AND OFFICIAL CAPACITIES, HAVE BEEN SERVED A COPY OF THE**
37  **COMPLAINT AND A SUMMONS; MEMORANDUM IN SUPPORT; AND**
38  **DECLARATION BY FRED BURBANK, MD**
39
40

SEEMA VERMA, Administrator
CENTERS FOR MEDICARE
    AND MEDICAID SERVICES,

DEMETRIOS KOUZOUKAS
Principal Deputy Administrator,

LAURENCE WILSON
Director, Chronic Care Policy Group,

PETER J. GURK, MD
Medical Director, DME MAC, Jurisdiction D

ROBERT D. HOOVER, JR., MD, MPH, FACP
Medical Director, DME MAC, Jurisdiction C

STACEY V. BRENNAN, M.D., FAAFP
Medical Director, DME MAC, Jurisdiction B

WILFRED MAMUYA, MD, PhD
Medical Director, DME MAC, Jurisdiction A

*Defendants*

1    Upon consideration of the ex parte application of Plaintiff Fred Burbank, MD for an

2    Order declaring that Defendant Azar has been served in his official capacity and Defendants

3    Verma, Kouzoukas, Wilson, Gurk, Hoover, Brennan, and Manuya have been served in their

4    individual and official capacities, the Memorandum in support thereof, the Declaration of Fred

5    Burbank, MD, the records filed in this case, and for good cause shown,

6

7    IT IS HEREBY ORDERED that:

8

9        1. The ex parte application is GRANTED.

10       2. Defendant Azar has been served in his official capacity and Defendants Verma,

11   Kouzoukas, Wilson, Gurk, Hoover, Brennan, and Manuya have been served in their individual

12   and official capacities.

13       3. A response to Complaint date for all eight defendants is set for August 1, 2018.

14

15   DATED: May 24, 2018

16

17
18                                    _____
                                      HONORABLE CORMAC J. CARNEY
19                                    UNITED STATES DISTRICT JUDGE
20   Presented by:

21   Fred Burbank, MD
22   FBurbank@cox.net
23   24040 Camino del Avion, A326
24   Dana Point, CA 92629
25   Tel: (949) 496-0026
26   Fax: (949) 496-3247
27   Counsel (Pro Se) for Plaintiff
28

1    Exhibit A

2

Case 8:18-cv-00180-CJC-JDE   Document 16   Filed 05/01/18   Page 1 of 2   Page ID #:307

Name and address:
Karen Y. Paik, Cal Bar No. 288851
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, CA 90012
Telephone: (213) 894-8561
Facsimile: (213) 894-7819
Attorney for Defendants Peter J. Gurk, Robert D. Hoover, Stacey
V. Brennan, and Wilfred Mamuya

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED BURBANK, M.D. | CASE NUMBER: |
| | SACV 18-00180 CJC (JDEx) |
| PLAINTIFF(S) | |
| v. | |
| ALEX M. AZAR II, Secretary, United States Department of Health and Human Services, et al., | NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL |
| DEFENDANT(S) | |

### INSTRUCTIONS

*Appearance of Counsel:*

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel:*

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**Note:** *In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance or Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.*

### SECTION I - IDENTIFYING INFORMATION

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Karen Y. Paik                                      CA Bar Number: 288851

Firm or agency: United States Attorney's Office

Address: 300 North Los Angeles Street, Room 7516

Telephone Number: (213) 894-8561          Fax Number: (213) 894-7819

Email: Karen.Paik@usdoj.gov

Counsel of record for the following party or parties: Defendants PETER J. GURK; ROBERT D. HOOVER, JR.; STACEY

V. BRENNAN; and WILFRED MAMUYA

## SECTION II - TO ADD AN ATTORNEY TO THE DOCKET

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket.  The date of the attorney's first appearance in this case: _____ .

☒ The filing of this form constitutes the first appearance in this case of the attorney listed above.  Other members of this attorney's firm or agency have previously appeared in the case.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above.  No other members of this attorney's firm or agency have previously appeared in the case.

☐ By order of the court dated _____ in case number _____ (see attached copy), the attorney listed above may appear in this case without applying for admission to practice *pro hac vice.*

☐ This case was transferred to this district by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407 from the _____ District of _____, where it was assigned case number _____.  The attorney listed above is counsel of record in this case in the transferee district, and is permitted by the rules of the JPML to continue to represent his or her client in this district without applying for admission to practice *pro hac vice* and without the appointment of local counsel.

☐ On _____, the attorney listed above was granted permission to appear in this case *pro hac vice* before the Bankruptcy Court, and L.Bankr.R. 8 authorizes the continuation of that representation in this case before the District Court.

*In addition, if this is a criminal case, please check the applicable box below. The attorney listed above is:*

☐ USAO  ☐ FPDO  ☐ CJA Appointment  ☐ Pro Bono  ☐ Retained

## SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET

*Notices of Electronic Filing will be terminated. Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket.  Date of the order relieving this attorney: _____ .

☐ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.
   *(Note:  if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing.  Date party was dismissed: _____

☐ The attorney named above was appointed on appeal and the appeal has been adjudicated.  Date the mandate was filed: _____ .

## SECTION IV - SIGNATURE

I request that the Clerk update the docket as indicated above.

Date: 5/01/2018 _____

Signature: /s/ Karen Y. Paik _____

Name: Karen Y. Paik _____

1    Exhibit B

2

**Subject:** RE: Response Dates
**Date:** Monday, May 7, 2018 at 11:01:27 AM Pacific Daylight Time
**From:** Paik, Karen (USACAC)
**To:** Fred Burbank

Dr. Burbank,

Our position, set forth in the letter sent to you last week, is that service had not been effectuated under Fed. R. Civ. P. 4(i) as to  Defendants Verma, Kouzoukas, Azar, and Wilson. Accordingly, as of last week, their time to respond had not yet begun to run.  Moreover, please see Fed. R. Civ. P. 12(a) with respect to the time for United States employees to serve a responsive pleading.

Regards,

Karen

Karen Y. Paik
Assistant U.S. Attorney
U.S. Attorney's Office | 300 N. Los Angeles Street, #7516 | Los Angeles, CA  90012
(213) 894-8561 | Karen.Paik@usdoj.gov


**From:** Fred Burbank <fburbank@gmail.com>
**Sent:** Saturday, May 5, 2018 12:23 PM
**To:** Paik, Karen (USACAC) <KPaik@usa.doj.gov>
**Subject:** Response Dates

Attorney Paik,

I write to confirm your up-coming Response dates based upon (I) service of Summons dates (HHS workers):

> **5/5/2018 Defendant Verma**
> **5/5/2018 Defendant Kouzoukas**
> **6/8/2018 Defendant Azar**
> **6/12/2018        Defendant Wilson**

and (ii) your Ex Parte motion granted on May 2, 2018 to Contractors:

> **7/6/2018 Defendant Gurk**
> **7/6/2018 Defendant Hoover**
> **7/6/2018 Defendant Brennan**
> **7/6/2018 Defendant Mamuya**

As 5/5/2018, the first Response date, is today, a Saturday, I presume you first Response to Complaint – for Defendants Verma and Kouzoukas - will be filed on Monday, May 7, 2018.  Am I correct?

Sincerely,

Fred Burbank, MD
Plaintiff and Attorney, pro se
Civil Action No. SACV18-00180 CJC (JDEX)
Filed 2/1/2018
United States District Court
Central District of California
      Mailing address:
            24040 Camino del Avion A-326
            Dana Point, CA 92629 U.S.A.
     Other:
            (949) 496-0026 (work)
            (949) 370-1008 (cell)
            (949) 496-3247 (FAX)
            e-Mail: FBurbank@Cox.net

1    Exhibit C

2

| Defendant | Federal Status | What was Served | Where Served | Date Served | Who Served | Relation to Defendant | Service Agent |
|---|---|---|---|---|---|---|---|
| Alex Azar | Employee | Summons & Complaint | 200 Independence Avenue/ Wahington, DC | April 11, 2018 | Carenda Pittman | Authorized Agent | Rodnita Smith |
| Seema Verma | Employee | Summons & Complaint | 4101 Hazelwood Ct./ Fairfax, VA | March 7, 2018 | Seema Verma | Self | Bryan Rodgers |
| Demetrios Kouzoukas | Employee | Summons & Complaint | 9612 Pembroke Pl/Vienna, VA | March 7, 2018 | Danielle Kouzoukas | Wife of Defendant | Bruan Rodgers |
| Laurence Wilson | Employee | Summons & Complaint | 5761 Richards Valley/ Ellicott City, MD | April 14, 2018 | Lisa Wilson | Wife of Defendant | Wilma Peppers |
| Peter Gurk | Contractor | Summons & Complaint | 1305 Tumberry St/ Las Vegas, NV | March 9, 2018 | Mrs. Gurk | Wife of Defendant | Anthony Spada |
| Robert Hoover | Contractor | Summons & Complaint | 425 Ellandele Ave/ Nashville, TN | March 10,2018 | Robert Hoover | Self | Wyman Tracy Kroft |
| Stacey Brennan | Contractor | Summons & Complaint | 207 King St/ Columbia, SC | March 7, 2018 | Stacey Brennan | Self | Victor Aponte |
| Wilfred Mamuya | Contractor | Summons & Complaint | 30 Harrison St/ Newton Heights, MA | March 8, 2018 | Wilfred Mamuya | Self | Kevin Leary |

1    Exhibit D

2



PROOF OF SERVICE Executed by Plaintiff Fred Burbank, upon Defendant Alex Azar, in his official capacity as Secretary of the Department of Health and Human Services served on 4/11/2018, answer due 5/2/2018. Service of the Summons and Complaint were executed upon Carenda Pittman - Authorized Agent in compliance with Federal Rules of Civil Procedure by substituted service at business address and no service by mail was executed. Original Summons returned. (mt)

PROOF OF SERVICE Executed by Plaintiff Fred Burbank, upon Defendant Demetrios Kouzoukas served 7/2018, answer due 3/28/2018. Service of the Summons and Complaint were executed upon Danielle Kouzoukas in compliance with Federal Rules of Civil Procedure by substituted service at home address and by also mailing a copy. Original Summons returned

PROOF OF SERVICE Executed by Plaintiff Fred Burbank, upon Defendant Laurence Wilson served swer due 5/7/2018. Service of the Summons and Complaint were executed upon Lisa Wilson (wife) in compliance with Federal Rule of Civil Procedure by substituted service at home address and by also mailing a copy. Original Summons returned. (mt)

PROOF OF SERVICE Executed by Plaintiff Fred Burbank, upon Defendant Peter J. Gurk served on 3/2 swer due 3/30/2018. Service of the Summons and Complaint were executed upon Mrs. Gurk in compliance with Federal Rule of Civil Procedure by substituted service at home address and by also mailing a copy. Original Summons returned. (mt)

PROOF OF SERVICE Executed by Plaintiff Fred Burbank, upon Defendant Robert D. Hoover, Jr served 10/2018, answer due 4/2/2018. Service of the Summons and Complaint were executed upon Robert D Hoover, Jr. in compliance with Federal Rules of Civil Procedure by personal service. Original Summons returned. (mt)

PROOF OF SERVICE Executed by Plaintiff Fred Burbank, upon Defendant Seema Verma served on 3/2 swer due 3/28/2018. Service of the Summons and Complaint were executed upon Seema Verma in compliance with Federal Rule of Civil Procedure by personal service. Original Summons returned. (mt)

PROOF OF SERVICE Executed by Plaintiff Fred Burbank, upon Defendant Stacey V. Brennan served swer due 3/28/2018. Service of the Summons and Complaint were executed upon Stacey Brennan in compliance with Federal Rule of Civil Procedure by personal service. Original Summons returned. (mt)

PROOF OF SERVICE Executed by Plaintiff Fred Burbank, upon Defendant Wilfred Mamuya served on 3/

FILED

2018 MAY -8 PM 12: 13

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY___(PW)

FRED BURBANK
24040 Camino del Avion, A326
Dana Point, CA 92629
Telephone: (949) 496-0026
Facsimile: (949) 496-247
Email: FBurbank@cox.net

Plaintiff Pro Se
FRED BURBANK

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FRED BURBANK, M.D.
CEO, President, Board Chairman,
and stock holder, Sensory
NeuroStimulation, Inc.

                    Plaintiff,

        V

ALEX AZAR, Secretary of the United
States Department of Health and
Human Services; SEEMA VERMA,
Administrator of the Centers for
Medicare & Medicaid Services;
DEMETRIOS KOUZOUKAS,
Principal Deputy Administrator of the
Centers RS FOR MEDICARE &
MEDICAID SERVICES; LAURENCE
WILSON, Director of Chronic Care
Policy Group of the Centers for
Medicare & Medicaid Services; PETER
J. GURK, MD, Medical Director, DME
MAC, Jurisdiction D; ROBERT D.
HOOVER, JR., MD, MPH, FACP,
Medical Director, DME MAC,
Jurisdiction C; STACEY V.
BRENNAN, MD, FAAFP, Medical
Director, DME MAC, Jurisdiction B,

Case No.: SACV18-00180 CJC (JDEX)

**PROOF OF SERVICE**

-1-
PROOF OF SERVICE

1  WILFRED MAMUYA, MD, PHD,
   Medical Director, DME MAC,
2  Jurisdiction A,

3          Defendants.
4  ─────────────────────────────
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| Fred Burbank, MD  *Stock holder* | )   |
|---|---|
| CEO, President, Board Chairman, and | ) |
| Sensory NeuroStimulation, Inc. | ) |
| 24040 Camino del Avion, A326 | ) |
| Dana Point, CA 92629 | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Alex Azar, Secretary | ) |
| DEPARTMENT HEALTH AND HUMAN SERVICES | ) |
| 200 Independence Avenue | ) |
| SW Washington, DC 20201 | ) |
| *(see attached)* | ) |
| *Defendant(s)* | ) |

SACV18·00180 CJC (JDEx)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Alex Azar, Secretary
> DEPARTMENT HEALTH AND HUMAN SERVICES
> 200 Independence Avenue
> SW Washington, DC 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Fred Burbank, MD
> Attorney Pro Se
> 24040 Camino del Avion, A326
> Dana Point, CA 92629

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 2/5/18

Signature of Clerk or Deputy Clerk

1146

SEEMA VERMA, Administrator
CENTERS FOR MEDICARE
   AND MEDICAID SERVICES
200 Independence Avenue,
SW Washington, DC 20201,

DEMETRIOS KOUZOUKAS,
   Principal Deputy Administrator
CENTERS FOR MEDICARE
   AND MEDICAID SERVICES
200 Independence Avenue,
SW Washington, DC 20201,

LAURENCE WILSON,
CENTERS FOR MEDICARE
   & MEDICAID SVC
Director, Chronic Care Policy Group,
7500 Security Blvd.
Baltimore, MD 21244

PETER J. GURK, MD
Medical Director, DME MAC, Jurisdiction D
Noridian Healthcare Solutions
900 42nd Street South
Fargo, ND 58103-2146

ROBERT D. HOOVER, JR., MD, MPH, FACP
Medical Director, DME MAC, Jurisdiction C
CGS Administrators, LLC
2 Vantage Way
Nashville, TN 37228-1504

STACEY V. BRENNAN, M.D., FAAFP
Medical Director, DME MAC, Jurisdiction B
National Government Services
8115 Knue Rd.
Indianapolis, IN 46250-1936

WILFRED MAMUYA, MD, PhD
Medical Director, DME MAC, Jurisdiction A
NHIC, Corp.
75 Sgt. William B. Terry Drive
Hingham, MA 02043-1518

                              *Defendants*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. SACV18-00180CJC(JDEX)

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Alex Azar, in his official capacity as the Secretary of the Department of Health and Human Services was received by me on *(date)* Apr 10, 2018, 4:51 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Carenda Pittman - Authorized Agent , who is designated by law to accept service of process on behalf of *(name of organization)* Alex Azar, in his official capacity as the Secretary of the Department of Health and Human Services on *(date)* Wed, Apr 11 2018 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ 75.00 .

I declare under penalty of perjury that this information is true.

Date: 04/12/2018

_____
*Server's signature*

Rodnita Smith
_____
*Printed name and title*

1133 13th Street Suite C4, Washington, DC 20005
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 11, 2018, 10:15 am EDT at Department of Health and Human Services: 200 Independence Avenue SW, Washington, DC 20201 received by Carenda Pittman. Age: 30; Ethnicity: African American; Gender: Female; Weight: 220; Height: 5'6"; Hair: Brown; Eyes: Brown; Relationship: Authorized Agent;

**FILED**

2018 MAY -8 PM 12: 12

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY ___law___

FRED BURBANK
24040 Camino del Avion, A326
Dana Point, CA 92629
Telephone: (949) 496-0026
Facsimile: (949) 496-247
Email: FBurbank@cox.net

Plaintiff Pro Se
FRED BURBANK

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FRED BURBANK, M.D.
CEO, President, Board Chairman,
and stock holder, Sensory
NeuroStimulation, Inc.

    Plaintiff,

   V

ALEX AZAR, Secretary of the United
States Department of Health and
Human Services; SEEMA VERMA,
Administrator of the Centers for
Medicare & Medicaid Services;
DEMETRIOS KOUZOUKAS,
Principal Deputy Administrator of the
Centers RS FOR MEDICARE &
MEDICAID SERVICES; LAURENCE
WILSON, Director of Chronic Care
Policy Group of the Centers for
Medicare & Medicaid Services; PETER
J. GURK, MD, Medical Director, DME
MAC, Jurisdiction D; ROBERT D.
HOOVER, JR., MD, MPH, FACP,
Medical Director, DME MAC,
Jurisdiction C; STACEY V.
BRENNAN, MD, FAAFP, Medical
Director, DME MAC, Jurisdiction B,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: SACV18-00180 CJC (JDEX)

**PROOF OF SERVICE**

-1-

1 | WILFRED MAMUYA, MD, PHD,
Medical Director, DME MAC,
2 | Jurisdiction A,

3 |                Defendants.

4 | _____

PROOF OF SERVICE

# UNITED STATES DISTRICT COURT

for the

Central District of California

Fred Burbank, MD  *stock holder*
CEO, President, Board Chairman, and
Sensory NeuroStimulation, Inc.
24040 Camino del Avion, A326
Dana Point, CA 92629
_____
*Plaintiff(s)*

v.

Alex Azar, Secretary
DEPARTMENT HEALTH AND HUMAN SERVICES
200 Independence Avenue
SW Washington, DC 20201
_____
*(see attached )*
*Defendant(s)*

**SACV 18·00180** *CJC(JDEx)*

Civil Action No

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Seema Verma
> 4101 HAZELWOOD CT
> FAIRFAX, VA 22030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Fred Burbank, MD
> Attorney Pro Se
> 24040 Camino del Avion, A326
> Dana Point, CA 92629

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/5/18

*Signature of Clerk or Deputy Clerk*

SEEMA VERMA, Administrator
CENTERS FOR MEDICARE
    AND MEDICAID SERVICES
200 Independence Avenue,
SW Washington, DC 20201,

DEMETRIOS KOUZOUKAS,
    Principal Deputy Administrator
CENTERS FOR MEDICARE
    AND MEDICAID SERVICES
200 Independence Avenue,
SW Washington, DC 20201,

LAURENCE WILSON,
CENTERS FOR MEDICARE
    & MEDICAID SVC
Director, Chronic Care Policy Group,
7500 Security Blvd.
Baltimore, MD 21244

PETER J. GURK, MD
Medical Director, DME MAC, Jurisdiction D
Noridian Healthcare Solutions
900 42nd Street South
Fargo, ND 58103-2146

ROBERT D. HOOVER, JR., MD, MPH, FACP
Medical Director, DME MAC, Jurisdiction C
CGS Administrators, LLC
2 Vantage Way
Nashville, TN 37228-1504

STACEY V. BRENNAN, M.D., FAAFP
Medical Director, DME MAC, Jurisdiction B
National Government Services
8115 Knue Rd.
Indianapolis, IN 46250-1936

WILFRED MAMUYA, MD, PhD
Medical Director, DME MAC, Jurisdiction A
NHIC, Corp.
75 Sgt. William B. Terry Drive
Hingham, MA 02043-1518

                                    *Defendants*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. SACV18-00180CJC(JDEX)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Seema Verma was received by me on *(date)* Mar 5, 2018, 12:21 pm.

[X] I personally served the summons on the individual at *(place)* 4101 Hazelwood Ct, Fairfax, VA 22030 on *(date)* Wed, Mar 07 2018 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 3/8/2018

_____
*Server's signature*

Bryan Rodgers
_____
*Printed name and title*

1133 13th Street Suite C4, Washington, DC 20005
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Mar 7, 2018, 4:31 pm EST at 4101 Hazelwood Ct, Fairfax, VA 22030
Knocked on door and rang bell with no answer. No movement heard inside.

2) Successful Attempt: Mar 7, 2018, 4:43 pm EST at 4101 Hazelwood Ct, Fairfax, VA 22030 received by Seema Verma.
Age: 35-45; Ethnicity: Middle Eastern; Gender: Female; Weight: 130; Height: 5'8"; Hair: Black; Eyes: Brown;
As I was leaving a car pulled up and the person went to the door. After the person didn't return to their car right away I decided to go back. When I did I identified the defendant by name and then served her personally.

FILED

FRED BURBANK
24040 Camino del Avion, A326
Dana Point, CA 92629
Telephone: (949) 496-0026
Facsimile: (949) 496-247
Email: FBurbank@cox.net

Plaintiff Pro Se
FRED BURBANK

2018 MAY -8 PM 12: 13

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA

BY LAW

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED BURBANK, M.D.<br>CEO, President, Board Chairman,<br>and stock holder, Sensory<br>NeuroStimulation, Inc.<br><br>Plaintiff,<br><br>V<br><br>ALEX AZAR, Secretary of the United<br>States Department of Health and<br>Human Services; SEEMA VERMA,<br>Administrator of the Centers for<br>Medicare & Medicaid Services;<br>DEMETRIOS KOUZOUKAS,<br>Principal Deputy Administrator of the<br>Centers RS FOR MEDICARE &<br>MEDICAID SERVICES; LAURENCE<br>WILSON, Director of Chronic Care<br>Policy Group of the Centers for<br>Medicare & Medicaid Services; PETER<br>J. GURK, MD, Medical Director, DME<br>MAC, Jurisdiction D; ROBERT D.<br>HOOVER, JR., MD, MPH, FACP,<br>Medical Director, DME MAC,<br>Jurisdiction C; STACEY V.<br>BRENNAN, MD, FAAFP, Medical<br>Director, DME MAC, Jurisdiction B, | Case No.: SACV18-00180 CJC (JDEX)<br><br>**PROOF OF SERVICE** |

-1-

1  WILFRED MAMUYA, MD, PHD,
   Medical Director, DME MAC,
2  Jurisdiction A,

3          Defendants.

4  _____

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AO 440 (Rev. 06/12) Summons in a Civil

# UNITED STATES DISTRICT COURT

for the

Central District of California

Fred Burbank, MD   *Stock holder*
CEO, President, Board Chairman, and
Sensory NeuroStimulation, Inc.
24040 Camino del Avion, A326
Dana Point, CA 92629

_____
*Plaintiff(s)*

v.

Alex Azar, Secretary
DEPARTMENT HEALTH AND HUMAN SERVICES
200 Independence Avenue
SW Washington, DC 20201
_(see attached)_
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

**SA CV 18 · 0 0 1 8 0 CJC(JDEx)**

Civil Action No

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Demetrios Kouzoukas**
**9612 PEMBROKE PL**
**VIENNA, VA 22182**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fred Burbank, MD
Attorney Pro Se
24040 Camino del Avion, A326
Dana Point, CA 92629

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date    2/5/18

_Drukpe Robert_
*Signature of Clerk or Deputy Clerk*

SEEMA VERMA, Administrator
CENTERS FOR MEDICARE
    AND MEDICAID SERVICES
200 Independence Avenue,
SW Washington, DC 20201,

DEMETRIOS KOUZOUKAS,
    Principal Deputy Administrator
CENTERS FOR MEDICARE
    AND MEDICAID SERVICES
200 Independence Avenue,
SW Washington, DC 20201,

LAURENCE WILSON,
CENTERS FOR MEDICARE
    & MEDICAID SVC
Director, Chronic Care Policy Group,
7500 Security Blvd.
Baltimore, MD 21244

PETER J. GURK, MD
Medical Director, DME MAC, Jurisdiction D
Noridian Healthcare Solutions
900 42nd Street South
Fargo, ND 58103-2146

ROBERT D. HOOVER, JR., MD, MPH, FACP
Medical Director, DME MAC, Jurisdiction C
CGS Administrators, LLC
2 Vantage Way
Nashville, TN 37228-1504

STACEY V. BRENNAN, M.D., FAAFP
Medical Director, DME MAC, Jurisdiction B
National Government Services
8115 Knue Rd.
Indianapolis, IN 46250-1936

WILFRED MAMUYA, MD, PhD
Medical Director, DME MAC, Jurisdiction A
NHIC, Corp.
75 Sgt. William B. Terry Drive
Hingham, MA 02043-1518

                                *Defendants*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. SACV18-00180CJC(JDEX)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Demetrios Kouzoukas was received by me on *(date)* Mar 5, 2018, 12:21 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Danielle Kouzoukas , a person of suitable age and discretion who resides there, on *(date)* Wed, Mar 07 2018 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 3/13//2018

_____
*Server's signature*

Bryan Rodgers
_____
*Printed name and title*

1133 13th Street Suite C4, Washington, DC 20005
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 7, 2018, 3:35 pm EST at 9612 Pembroke Pl, Vienna, VA 22182 received by Danielle Kouzoukas. Age: 35-45; Ethnicity: Caucasian; Gender: Female; Weight: 180; Height: 5'6"; Hair: Black; Eyes: Blue; Relationship: Wife; Sub-Served Danielle Kouzoukas , she is the wife of Demetrios Kouzoukas.

FILED

2018 MAY -8 PM 12: 13

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY LAW

1 | FRED BURBANK
    24040 Camino del Avion, A326
2 | Dana Point, CA  92629
    Telephone: (949) 496-0026
3 | Facsimile:  (949) 496-247
4 | Email: FBurbank@cox.net

5 | Plaintiff Pro Se
6 | FRED BURBANK

7

8 | UNITED STATES DISTRICT COURT
9 | CENTRAL DISTRICT OF CALIFORNIA

10 | FRED BURBANK, M.D.                    ) Case No.: SACV18-00180 CJC (JDEX)
11 | CEO, President, Board Chairman,       )
     and stock holder, Sensory            )
12 | NeuroStimulation, Inc.               )
                                          ) **PROOF OF SERVICE**
13 |                                      )
                    Plaintiff,            )
14 |          V                           )
                                          )
15 |                                      )
     ALEX AZAR, Secretary of the United   )
16 | States Department of Health and      )
     Human Services; SEEMA VERMA,         )
17 | Administrator of the Centers for     )
18 | Medicare & Medicaid Services;        )
     DEMETRIOS KOUZOUKAS,                 )
19 | Principal Deputy Administrator of the )
20 | Centers RS FOR MEDICARE &            )
     MEDICAID SERVICES; LAURENCE          )
21 | WILSON, Director of Chronic Care     )
22 | Policy Group of the Centers for      )
     Medicare & Medicaid Services; PETER  )
23 | J. GURK, MD, Medical Director, DME
24 | MAC, Jurisdiction D; ROBERT D.
25 | HOOVER, JR., MD, MPH, FACP,
     Medical Director, DME MAC,
26 | Jurisdiction C; STACEY V.
27 | BRENNAN, MD, FAAFP, Medical
     Director, DME MAC, Jurisdiction B,
28

---

-1-

WILFRED MAMUYA, MD, PHD,
Medical Director, DME MAC,
Jurisdiction A,

Defendants.

AO 440 (Rev. 06/12) Summons

## UNITED STATES DISTRICT COURT
### for the
Central District of California

Fred Burbank, MD
CFO, President, Board Chairman, and *Stock holder*
Sensory NeuroStimulation, Inc.
24040 Camino del Avion, A326
Dana Point, CA 92629

*Plaintiff(s)*

v.

Alex Azar, Secretary
DEPARTMENT HEALTH AND HUMAN SERVICES
200 Independence Avenue
SW Washington, DC 20201
*(see attached)*

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

**SACV 18 · 00180 CJC(JDEx)**

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Laurence Wilson
5761 Richards Valley
Ellicott City, MD 21043

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fred Burbank, MD
Attorney Pro Se
24040 Camino del Avion, A326
Dana Point, CA 92629

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 2/5/18

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

SEEMA VERMA, Administrator
CENTERS FOR MEDICARE
   AND MEDICAID SERVICES
200 Independence Avenue,
SW Washington, DC 20201,

DEMETRIOS KOUZOUKAS,
   Principal Deputy Administrator
CENTERS FOR MEDICARE
   AND MEDICAID SERVICES
200 Independence Avenue,
SW Washington, DC 20201,

LAURENCE WILSON,
CENTERS FOR MEDICARE
   & MEDICAID SVC
Director, Chronic Care Policy Group,
7500 Security Blvd.
Baltimore, MD 21244

PETER J. GURK, MD
Medical Director, DME MAC, Jurisdiction D
Noridian Healthcare Solutions
900 42nd Street South
Fargo, ND 58103-2146

ROBERT D. HOOVER, JR., MD, MPH, FACP
Medical Director, DME MAC, Jurisdiction C
CGS Administrators, LLC
2 Vantage Way
Nashville, TN 37228-1504

STACEY V. BRENNAN, M.D., FAAFP
Medical Director, DME MAC, Jurisdiction B
National Government Services
8115 Knue Rd.
Indianapolis, IN 46250-1936

WILFRED MAMUYA, MD, PhD
Medical Director, DME MAC, Jurisdiction A
NHIC, Corp.
75 Sgt. William B. Terry Drive
Hingham, MA 02043-1518

                                    *Defendants*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Laurence Wilson**

was received by me on *(date)* **3/31/18**

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* **Lisa Wilson,**

**Wife** , a person of suitable age and discretion who resides there,

on *(date)* **4/14/18** , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* **Served at, 5761 Richards Valley, Ellicott City, MD 21043**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: **4/17/18**

_____
*Server's signature*

**Wilma T. Peppers**
_____
*Printed name and title*

**6386 Woodburn Ave, Elkridge, MD 21075**
_____
*Server's address*

Additional information regarding attempted service, etc:

**FILED**

2018 MAY -8 PM 12: 13

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___IAN___

1  FRED BURBANK
2  24040 Camino del Avion, A326
   Dana Point, CA 92629
3  Telephone: (949) 496-0026
   Facsimile: (949) 496-247
4  Email: FBurbank@cox.net

5  Plaintiff Pro Se
6  FRED BURBANK

7

8  UNITED STATES DISTRICT COURT
9  CENTRAL DISTRICT OF CALIFORNIA

10 FRED BURBANK, M.D.                        ) Case No.: SACV18-00180 CJC (JDEX)
11 CEO, President, Board Chairman,           )
   and stock holder, Sensory                 )
12 NeuroStimulation, Inc.                     )
                                             ) **PROOF OF SERVICE**
13                                            )
              Plaintiff,                      )
14      V                                     )
                                             )
15 ALEX AZAR, Secretary of the United        )
16 States Department of Health and           )
   Human Services; SEEMA VERMA,              )
17 Administrator of the Centers for          )
   Medicare & Medicaid Services;             )
18 DEMETRIOS KOUZOUKAS,                      )
19 Principal Deputy Administrator of the     )
   Centers RS FOR MEDICARE &                 )
20 MEDICAID SERVICES; LAURENCE )
21 WILSON, Director of Chronic Care          )
   Policy Group of the Centers for           )
22 Medicare & Medicaid Services; PETER )
23 J. GURK, MD, Medical Director, DME
   MAC, Jurisdiction D; ROBERT D.
24 HOOVER, JR., MD, MPH, FACP,
25 Medical Director, DME MAC,
   Jurisdiction C; STACEY V.
26 BRENNAN, MD, FAAFP, Medical
27 Director, DME MAC, Jurisdiction B,
28

-1-
PROOF OF SERVICE

1  WILFRED MAMUYA, MD, PHD,
   Medical Director, DME MAC,
2  Jurisdiction A,

3            Defendants.

4  _____

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

for the

Central District of California

Fred Burbank, MD    *Stock holder*
CEO, President, Board Chairman, and
Sensory NeuroStimulation, Inc.
24040 Camino del Avion, A326
Dana Point, CA 92629

*Plaintiff(s)*

v.

Alex Azar, Secretary
DEPARTMENT HEALTH AND HUMAN SERVICES
200 Independence Avenue
SW Washington, DC 20201
*( see attached )*

*Defendant(s)*

SA CV 18 - 00180 CJC (JDEr)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Peter Gurk
1305 TUMBERRY ST
LAS VEGAS, NV 89117**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fred Burbank, MD
Attorney Pro Se
24040 Camino del Avion, A326
Dana Point, CA 92629

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date    2/5/18

*Signature of Clerk or Deputy Clerk*

SEEMA VERMA, Administrator
CENTERS FOR MEDICARE
   AND MEDICAID SERVICES
200 Independence Avenue,
SW Washington, DC 20201,

DEMETRIOS KOUZOUKAS,
   Principal Deputy Administrator
CENTERS FOR MEDICARE
   AND MEDICAID SERVICES
200 Independence Avenue,
SW Washington, DC 20201,

LAURENCE WILSON,
CENTERS FOR MEDICARE
   & MEDICAID SVC
Director, Chronic Care Policy Group,
7500 Security Blvd.
Baltimore, MD 21244

PETER J. GURK, MD
Medical Director, DME MAC, Jurisdiction D
Noridian Healthcare Solutions
900 42nd Street South
Fargo, ND 58103-2146

ROBERT D. HOOVER, JR., MD, MPH, FACP
Medical Director, DME MAC, Jurisdiction C
CGS Administrators, LLC
2 Vantage Way
Nashville, TN 37228-1504

STACEY V. BRENNAN, M.D., FAAFP
Medical Director, DME MAC, Jurisdiction B
National Government Services
8115 Knue Rd.
Indianapolis, IN 46250-1936

WILFRED MAMUYA, MD, PhD
Medical Director, DME MAC, Jurisdiction A
NHIC, Corp.
75 Sgt. William B. Terry Drive
Hingham, MA 02043-1518

*Defendants*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. SACV18-00180CJC(JDEX)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Peter J. Gurk, MD was received by me on *(date)* Mar 6, 2018, 12:29 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Mrs. Gurk , a person of suitable age and discretion who resides there, on *(date)* Fri, Mar 09 2018 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 3/14/2018

_____
*Server's signature*

Anthony Spada
_____
*Printed name and title*

1133 13th St NW Unit C4, Washington, D.C. 20005
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 9, 2018, 11:33 am PST at 1305 Tumberry St, Las Vegas, NV 89117 received by Mrs. Gurk. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'3"; Hair: Blond; Relationship: Wife; Would not provide first name

FILED

FRED BURBANK
24040 Camino del Avion, A326
Dana Point, CA  92629
Telephone: (949) 496-0026
Facsimile:  (949) 496-247
Email: FBurbank@cox.net

2018 MAY -8  PM 12: 13

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY (AW)

Plaintiff Pro Se
FRED BURBANK

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FRED BURBANK, M.D.
CEO, President, Board Chairman,
and stock holder, Sensory
NeuroStimulation, Inc.

       Plaintiff,

     V

ALEX AZAR, Secretary of the United
States Department of Health and
Human Services; SEEMA VERMA,
Administrator of the Centers for
Medicare & Medicaid Services;
DEMETRIOS KOUZOUKAS,
Principal Deputy Administrator of the
Centers RS FOR MEDICARE &
MEDICAID SERVICES; LAURENCE
WILSON, Director of Chronic Care
Policy Group of the Centers for
Medicare & Medicaid Services; PETER
J. GURK, MD, Medical Director, DME
MAC, Jurisdiction D; ROBERT D.
HOOVER, JR., MD, MPH, FACP,
Medical Director, DME MAC,
Jurisdiction C; STACEY V.
BRENNAN, MD, FAAFP, Medical
Director, DME MAC, Jurisdiction B,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: SACV18-00180 CJC (JDEX)

**PROOF OF SERVICE**

WILFRED MAMUYA, MD, PHD,
Medical Director, DME MAC,
Jurisdiction A,

        Defendants.

---

PROOF OF SERVICE

# UNITED STATES DISTRICT COURT
### for the
Central District of California

Fred Burbank, MD  *Stock holder*
CEO, President, Board Chairman, and
Sensory NeuroStimulation, Inc.
24040 Camino del Avion, A326
Dana Point, CA 92629

*Plaintiffs*

v.

Alex Azar  Secretary
DEPARTMENT HEALTH AND HUMAN SERVICES
200 Independence Avenue
SW Washington, DC 20201
*(see attached)*

*Defendants*

**SACV18-00180 CJC(JDEx)**

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Robert D Hoover, Jr.
415 Ellendale Ave.
Nashville, TN 37205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fred Burbank, MD
Attorney Pro Se
24040 Camino del Avion, A326
Dana Point, CA 92629

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date  2/5/18

*Signature of Clerk or Deputy Clerk*

SEEMA VERMA, Administrator
CENTERS FOR MEDICARE
    AND MEDICAID SERVICES
200 Independence Avenue,
SW Washington, DC 20201,

DEMETRIOS KOUZOUKAS,
    Principal Deputy Administrator
CENTERS FOR MEDICARE
    AND MEDICAID SERVICES
200 Independence Avenue,
SW Washington, DC 20201,

LAURENCE WILSON,
CENTERS FOR MEDICARE
    & MEDICAID SVC
Director, Chronic Care Policy Group,
7500 Security Blvd.
Baltimore, MD 21244

PETER J. GURK, MD
Medical Director, DME MAC, Jurisdiction D
Noridian Healthcare Solutions
900 42nd Street South
Fargo, ND 58103-2146

ROBERT D. HOOVER, JR., MD, MPH, FACP
Medical Director, DME MAC, Jurisdiction C
CGS Administrators, LLC
2 Vantage Way
Nashville, TN 37228-1504

STACEY V. BRENNAN, M.D., FAAFP
Medical Director, DME MAC, Jurisdiction B
National Government Services
8115 Knue Rd.
Indianapolis, IN 46250-1936

WILFRED MAMUYA, MD, PhD
Medical Director, DME MAC, Jurisdiction A
NHIC, Corp.
75 Sgt. William B. Terry Drive
Hingham, MA 02043-1518

                                    *Defendants*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. SACV18-00180CJC(JDEX)

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) Robert D. Hoover, Jr. was received by me on (date) Mar 5, 2018, 12:12 pm.

☒ I personally served the summons on the individual at (place) 415 Ellendale Ave, Nashville, TN 37205 on (date) Sat, Mar 10 2018 ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____ , a person of suitable age and discretion who resides there, on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 03/15/2018

_____
Server's signature

Wynfan Tracy Krofy

_____
Printed name and title

1133 13th St NW, Unit C 4, Washington D.C. 20005

_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 10, 2018, 4:51 pm EST at 415 Ellendale Ave, Nashville, TN 37205 received by Robert D. Hoover, Jr.. Age: 55; Ethnicity: Caucasian; Gender: Male; Weight: 165; Height: 6';

**FILED**

1
FRED BURBANK
24040 Camino del Avion, A326

2
Dana Point, CA 92629
Telephone: (949) 496-0026

3
Facsimile: (949) 496-247

4
Email: FBurbank@cox.net

5

6
Plaintiff Pro Se
FRED BURBANK

7

2018 MAY -8 PM 12: 12

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY ____

8
UNITED STATES DISTRICT COURT

9
CENTRAL DISTRICT OF CALIFORNIA

10
FRED BURBANK, M.D.                          )   Case No.: SACV18-00180 CJC (JDEX)

11
CEO, President, Board Chairman,             )
and stock holder, Sensory                   )

12
NeuroStimulation, Inc.                      )
                                            )   **PROOF OF SERVICE**

13
          Plaintiff,                        )
                                            )

14
     V                                      )
                                            )

15
ALEX AZAR, Secretary of the United          )

16
States Department of Health and             )
Human Services; SEEMA VERMA,                )

17
Administrator of the Centers for            )

18
Medicare & Medicaid Services;               )
DEMETRIOS KOUZOUKAS,                         )

19
Principal Deputy Administrator of the       )

20
Centers RS FOR MEDICARE &                   )
MEDICAID SERVICES; LAURENCE )

21
WILSON, Director of Chronic Care            )

22
Policy Group of the Centers for             )
Medicare & Medicaid Services; PETER )

23
J. GURK, MD, Medical Director, DME

24
MAC, Jurisdiction D; ROBERT D.

25
HOOVER, JR., MD, MPH, FACP,
Medical Director, DME MAC,

26
Jurisdiction C; STACEY V.

27
BRENNAN, MD, FAAFP, Medical
Director, DME MAC, Jurisdiction B,

28

-1-

1  WILFRED MAMUYA, MD, PHD,
   Medical Director, DME MAC,
2  Jurisdiction A,

3            Defendants.

4  _____

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

for the

Central District of California

Fred Burbank, MD   *Stock holder*
CEO, President, Board Chairman, and
Sensory NeuroStimulation, Inc.
24040 Camino del Avion, A326
Dana Point, CA 92629
_____
         *Plaintiff(s)*

        v.

Alex Azar, Secretary
DEPARTMENT HEALTH AND HUMAN SERVICES
200 Independence Avenue
SW Washington, DC 20201
        (see attached)
_____
        *Defendant(s)*

Civil Action No.   SACV 18 - 00180CJC (JDEx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Stacey V. Brennan
207 King Streeet
Columbia, SC 29250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fred Burbank, MD
Attorney Pro Se
24040 Camino del Avion, A326
Dana Point, CA 92629

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   2/5/18

_____
*Signature of Clerk or Deputy Clerk*

SEEMA VERMA, Administrator
CENTERS FOR MEDICARE
    AND MEDICAID SERVICES
200 Independence Avenue,
SW Washington, DC 20201,

DEMETRIOS KOUZOUKAS,
    Principal Deputy Administrator
CENTERS FOR MEDICARE
    AND MEDICAID SERVICES
200 Independence Avenue,
SW Washington, DC 20201,

LAURENCE WILSON,
CENTERS FOR MEDICARE
    & MEDICAID SVC
Director, Chronic Care Policy Group,
7500 Security Blvd.
Baltimore, MD 21244

PETER J. GURK, MD
Medical Director, DME MAC, Jurisdiction D
Noridian Healthcare Solutions
900 42nd Street South
Fargo, ND 58103-2146

ROBERT D. HOOVER, JR., MD, MPH, FACP
Medical Director, DME MAC, Jurisdiction C
CGS Administrators, LLC
2 Vantage Way
Nashville, TN 37228-1504

STACEY V. BRENNAN, M.D., FAAFP
Medical Director, DME MAC, Jurisdiction B
National Government Services
8115 Knue Rd.
Indianapolis, IN 46250-1936

WILFRED MAMUYA, MD, PhD
Medical Director, DME MAC, Jurisdiction A
NHIC, Corp.
75 Sgt. William B. Terry Drive
Hingham, MA 02043-1518

                                              *Defendants*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. SACV18-00180CJC(JDEX)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Stacey Brennan was received by me on *(date)* Mar 5, 2018, 12:07 pm.

☒ I personally served the summons on the individual at *(place)* 207 King St, Columbia, SC 29205 on *(date)* Wed, Mar 07 2018 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 3/13/2018

_____
Server's signature

Victor Aponte
_____
Printed name and title

1133 13th St NW Unit C4, Washington, D.C. 20005
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 7, 2018, 8:57 am EST at 207 King St, Columbia, SC 29205 received by Stacey Brennan. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'4"; Hair: Brown;

FILED

FRED BURBANK
24040 Camino del Avion, A326
Dana Point, CA 92629
Telephone: (949) 496-0026
Facsimile: (949) 496-247
Email: FBurbank@cox.net

2018 MAY -8 PM 12: 12

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___

Plaintiff Pro Se
FRED BURBANK

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FRED BURBANK, M.D.
CEO, President, Board Chairman,
and stock holder, Sensory
NeuroStimulation, Inc.

        Plaintiff,

        V

ALEX AZAR, Secretary of the United
States Department of Health and
Human Services; SEEMA VERMA,
Administrator of the Centers for
Medicare & Medicaid Services;
DEMETRIOS KOUZOUKAS,
Principal Deputy Administrator of the
Centers RS FOR MEDICARE &
MEDICAID SERVICES; LAURENCE
WILSON, Director of Chronic Care
Policy Group of the Centers for
Medicare & Medicaid Services; PETER
J. GURK, MD, Medical Director, DME
MAC, Jurisdiction D; ROBERT D.
HOOVER, JR., MD, MPH, FACP,
Medical Director, DME MAC,
Jurisdiction C; STACEY V.
BRENNAN, MD, FAAFP, Medical
Director, DME MAC, Jurisdiction B,

Case No.: SACV18-00180 CJC (JDEX)

**PROOF OF SERVICE**

-1-
PROOF OF SERVICE

1  WILFRED MAMUYA, MD, PHD,
   Medical Director, DME MAC,
2  Jurisdiction A,

3          Defendants.

4  _____

# UNITED STATES DISTRICT COURT

for the

Central District of California

Fred Burbank, MD  *Stock holder*
CEO, President, Board Chairman, and
Sensory NeuroStimulation, Inc.
24040 Camino del Avion, A326
Dana Point, CA 92629

*Plaintiff(s)*

v.

Alex Azar  Secretary
DEPARTMENT HEALTH AND HUMAN SERVICES
200 Independence Avenue
SW Washington, DC 20201
(see attached)

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

**SACV 18·00180 CJC(JDEx)**

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Wilfred Mamuya**
**30 HARRISON ST**
**NEWTON HIGHLANDS, MA 02461**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fred Burbank, MD
Attorney Pro Se
24040 Camino del Avion, A326
Dana Point, CA 92629

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 2/5/18

*Signature of Clerk or Deputy Clerk*

SEEMA VERMA, Administrator
CENTERS FOR MEDICARE
   AND MEDICAID SERVICES
200 Independence Avenue,
SW Washington, DC 20201,

DEMETRIOS KOUZOUKAS,
   Principal Deputy Administrator
CENTERS FOR MEDICARE
   AND MEDICAID SERVICES
200 Independence Avenue,
SW Washington, DC 20201,

LAURENCE WILSON,
CENTERS FOR MEDICARE
   & MEDICAID SVC
Director, Chronic Care Policy Group,
7500 Security Blvd.
Baltimore, MD 21244

PETER J. GURK, MD
Medical Director, DME MAC, Jurisdiction D
Noridian Healthcare Solutions
900 42nd Street South
Fargo, ND 58103-2146

ROBERT D. HOOVER, JR., MD, MPH, FACP
Medical Director, DME MAC, Jurisdiction C
CGS Administrators, LLC
2 Vantage Way
Nashville, TN 37228-1504

STACEY V. BRENNAN, M.D., FAAFP
Medical Director, DME MAC, Jurisdiction B
National Government Services
8115 Knue Rd.
Indianapolis, IN 46250-1936

WILFRED MAMUYA, MD, PhD
Medical Director, DME MAC, Jurisdiction A
NHIC, Corp.
75 Sgt. William B. Terry Drive
Hingham, MA 02043-1518

                                        *Defendants*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. SACV18-00180CJC(JDEX)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Wilfred Mamuya was received by me on *(date)* Mar 5, 2018, 12:14 pm.

<table>
<tr><td>[X]</td><td>I personally served the summons on the individual at <em>(place)</em> 30 Harrison St, Newton Highlands, MA 02461 on <em>(date)</em> Thu, Mar 08 2018 ; or</td></tr>
<tr><td>[ ]</td><td>I left the summons at the individual's residence or usual place of abode with <em>(name)</em> _____ , a person of suitable age and discretion who resides there, on <em>(date)</em> _____ , and mailed a copy to the individual's last known address; or</td></tr>
<tr><td>[ ]</td><td>I served the summons on <em>(name of individual)</em> _____ , who is designated by law to accept service of process on behalf of <em>(name of organization)</em> _____ on <em>(date)</em> _____ ; or</td></tr>
<tr><td>[ ]</td><td>I returned the summons unexecuted because: _____ ; or</td></tr>
<tr><td>[ ]</td><td>Other: _____ ; or</td></tr>
</table>

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 3/15/2018

_____
*Server's signature*

Kevin Leary
_____
*Printed name and title*

1133 13th St NW Unit C4, Washington, D.C. 20005
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 8, 2018, 3:40 pm EST at 30 Harrison St, Newton Highlands, MA 02461 received by Wilfred Mamuya. Age: 55-60; Ethnicity: African American; Gender: Male; Weight: 165; Height: 5'7"; Hair: Other; Other: Salt and pepper hair (Black and white/gray) ;

1    Exhibit E

2

Fred Burbank, MD                                                May 4, 2018
Plaintiff and Attorney Pro Se
24040 Camino del Avion, A326
Dana Point, CA 92629
FBurbank@cox.net

Re: SACV 18-00180 CJC (JDEx)

Nicola T. Hanna and
    Robyn-Marie Lyon Monteleone,
Office of the United States Attorney
Central District of California
Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012

Attorneys,

I am in receipt of your jointly signed letter of May 1, 2018 delivered to me by the US postal service, routine mail.

By certified US postal service mail I am sending this letter, a conformed copy of the above Complaint, and copies of the eight (8) Summonses with their Proofs of Service to:

       Jeff Sessions
       Attorney General of the United States
       U.S. Department of Justice
       950 Pennsylvania Avenue, NW
       Washington, DC 20530-0001

and to you at

       The Civil Process Clerk
       Office of the United States Attorney
       Room 7516, Federal Building
       300 North Los Angeles Street
       Los Angeles, CA 90012

Except for Alex Azar, the remaining seven (7) defendants are being sued in both their official and individual capacities.  Clarity as to the capacity status of these seven (7) defendants cannot be reached until Discovery is complete.

Federal Rules of Civil Procedure 4(i)(3) states:

"*Officer or Employee Sued Individually.* To serve a United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf (whether or not the officer or employee is also sued in an official capacity), a party must serve the United States and also serve the officer or employee under Rule 4(e), (f), or (g)."[1]

Alex Azar was served in his official capacity, only.  The remaining seven (7) defendants were served in their individual capacity

The Summonses attached to this communication now constitute service to "the United States" under Federal Rules of Civil Procedure 4(i)(3).  Defendants Verma, Kouzoukas, Wilson, Gurk, Hoover, Brennan, and Manuya have now been served in their individual and official capacities.


Yours truly,


*Fred Burbank MD*

Fred Burbank, MD
Plaintiff and Attorney Pro Se

---

[1] The Summonses previously served on Defendants Verma, Kouzoukas, Wilson, Gurk, Hoover, Brennan, and Manuya were served in their individual capacities and fall under Federal Rules of Civil Procedure 4(i)(3).  Rules 4(f) and 4(g) do not apply to the Defendants in this case.  Only Rule 4(e) does and it states:

"(e) Serving an Individual Within a Judicial District of the United States. Unless federal law provides otherwise, an individual—other than a minor, an incompetent person, or a person whose waiver has been filed—may be served in a judicial district of the United States by:

(1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; or

(2) doing any of the following:

(A) delivering a copy of the summons and of the complaint to the individual personally;

(B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or

(C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process."



NTH:RMLM:jem
(213) 894-2458

**U. S. Department of Justice**
*United States Attorney*
*Central District of California*

*Federal Building, Suite 7516*
*300 North Los Angeles Street*
*Los Angeles, California 90012*

May 1, 2018

Fred Burbank, M.D.
PRO SE - Plaintiff
Sensory NeuroStimulation, Inc.
24040 Camino del Avion, A326
Dana Point, California 92629

Re:   Fred Burbank, MD v. Alex Azar, et al.,
      <u>Case No. SACV 18-00180 CJC (JDEx)</u>

Dear Dr. Burbank:

We received a copy of a Complaint in the referenced case.   Upon further research, we note that the United States Attorney has not been served.   The following Rule provides that service upon the United States shall be effected as follows:

> "(A)(i) deliver a copy of the summons and of the complaint to the
> United States Attorney for the district where the action is brought –
> or to an Assistant United States Attorney or clerical employee
> whom the United States Attorney designates in a writing filed with
> the court clerk – or (ii) send a copy of each by registered or
> certified mail to the civil-process clerk at the United States
> Attorney's Office."

Additionally, Federal Rule of Civil Procedure 4(i)(1)(B) and (C) require, in cases of this type, that a copy of the summons and the complaint be sent by registered or certified mail to the Attorney General of the United States at Washington, D.C.   At this point in time, we are unaware of whether you have complied with these latter provisions.   In the event that you have not, we suggest that you do so.

Fred Burbank, M.D., PRO SE – Plaintiff
Sensory NeuroStimulation, Inc.
May 1, 2018
Page 2

Please promptly serve a conformed copy of the Summons and Complaint by certified mail, to the address listed below:

   Civil Process Clerk
   Office of the United States Attorney
   Room 7516, Federal Building
   300 North Los Angeles Street
   Los Angeles, California 90012

This letter is being sent to you so that you will know our position regarding service of process at the earliest possible time.

     Very truly yours,

     NICOLA T. HANNA
     United States Attorney


     ROBYN-MARIE LYON MONTELEONE
     Assistant United States Attorney
     Chief, General Civil Section

FedEx Office

FedEx Office is your destination
for printing and shipping.

| | |
|---|---|
| Sub-Total | 99.09 |
| Tax | 7.68 |
| Deposit | 0.00 |
| Total | 106.77 |
| AmEx (M) | 106.77 |
| Account: 4015 | |
| Auth: 143686 (A) | |
| Total Tender | 106.77 |



THE MR OF MONARCH
24040 CAMINO DEL AVION
DANA POINT, CA 92629000

05 04 2018                    13:26:25

CREDIT CARD

AMEX SALE

| | |
|---|---|
| Card #: | XXXXXXXXXX4015 |
| Chip Card: | AMERICAN EXPRESS |
| AID: | A000000025010801 |
| ATC: | 00DB |
| TC: | 36B0FBBF6EB9D8C1 |
| SEQ #: | 21 |
| Batch #: | 708 |
| INVOICE | 24 |
| Approval Code: | 861380 |
| Entry Method: | Chip Read |
| Mode: | Issuer |

SALE AMOUNT          $50.50

CUSTOMER COPY



1    Exhibit F

2

acking®

r Package +

cking Number: 9114901496451554894627

r item was delivered at 5:35 am on May 9, 2018 in SHINGTON, DC 20530.

## Status

 Delivered

May 9, 2018 at 5:35 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄



USPS Tracking®

https://m.usps.com/m/TrackConfirmAction

Add a tracking number

7017240000087991641

**Delivered:**
LOS ANGELES, CA 90012 on
May 7, 2018 at 1:35 pm

1    Exhibit G

2



# United States Department of Justice

## United States Attorney's Office
## Central District of California

*Karen Y. Paik*
*Assistant United States Attorney*
*Phone: (213) 894-8561*
*E-mail: Karen.Paik@usdoj.gov*

*Federal Building*
*300 N. Los Angeles Street, Suite 7516*
*Los Angeles, California  90012*

May 9, 2018

Fred Burbank, MD
Attorney Pro Se - Plaintiff
24040 Camino del Avion, A326
Dana Point, California 92629

      Re:    Fred Burbank, MD v. Alex Azar, et al.,
             <u>Case No. SACV 18-00180 CJC (JDEx)</u>

Dear Dr. Burbank:

      On May 1, 2018, we mailed you a letter stating that service upon Alex M. Azar II, Seema Verma, Demetrios Kouzoukas, and Laurence Wilson was not properly effected under Rule 4(i) of the Federal Rules of Civil Procedure because the United States had not been served. On May 7, 2018, we received a copy of your Summons and Complaint. We note, however, that the "Prayer" page of the Complaint is unsigned. Accordingly, you have not properly served the United States Attorney.

      Please promptly serve a conformed copy of the Summons and Complaint by certified mail, to the address listed below:

             Civil Process Clerk
             Office of the United States Attorney
             Room 7516, Federal Building
             300 North Los Angeles Street
             Los Angeles, California 90012

      Additionally, Federal Rule of Civil Procedure 4(i)(2) requires that a copy of the summons and the complaint be sent by registered or certified mail to the United States officer or employee being sued only in his or her official capacity. At this point in time, we are unaware of whether you have complied with these provisions. In the event that you have not, we suggest that you do so.

Dr. Burbank
May 9, 2018
Page 2

       This letter is being sent to you so that you will know our position regarding service of process at the earliest possible time.

                    Very truly yours,

                    NICOLA T. HANNA
                    United States Attorney

                    KAREN Y. PAIK
                    Assistant United States Attorney

1    Exhibit H

2

Fred Burbank, MD                                                    May 13, 2018
Plaintiff and Attorney Pro Se
24040 Camino del Avion, A326
Dana Point, CA 92629
FBurbank@cox.net

Re: SACV 18-00180 CJC (JDEx)

Nicola T. Hanna and
    Karen Y. Paik
Office of the United States Attorney
Central District of California
Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012

Attorneys,

I am in receipt of your jointly signed letter of May 9, 2018 delivered to me by the US
postal service, routine mail, a copy of which is attached to this letter (attachment 1).

By Certified US postal service mail I am sending this letter (see attachment 2) and a
copy of the signed "Prayer" page (attachment 3) of the Complaint, page 46, to:

        The Civil Process Clerk
        Office of the United States Attorney
        Room 7516, Federal Building
        300 North Los Angeles Street
        Los Angeles, CA 90012

Should you doubt that this is, indeed, page 46 of the filed complaint, please see Item
1 on Pacer, labeled "COMPLAINT," (see attachments 4 & 5).

Copies of all eight (8) Summonses have previously been sent by Certified mail to The
Civil Process Clerk at the address above and are readily available as Items 19-26 on
Pacer, each labeled "PROOF OF SERVICE," see attachments 6 & 7.

Of the eight (8) Defendants, only Alex Azar falls under:

"Rule 4(i)(2) *Agency; Corporation; Officer or Employee Sued in an Official Capacity*. To
serve a United States agency or corporation, or a United States officer or employee
sued only in an official capacity, a party must serve the United States and also send a
copy of the summons and of the complaint by registered or certified mail to the
agency, corporation, officer, or employee."

The perfected Complaint (signed page 46) and Summons of Alex Azar are now in you possession, constituting service to the "....United States...." The Complaint and Summons of Alex Azar were hand delivered to Carenda Pittman, Authorized Agent at the Department of Health and Human Services, 200 Independence Avenue, SW Washington, DC 20201 on April 10, 2018 by Rodnita Smith. Clearly, Alex Azar has been served in his Official Capacity (see Attachment 7). However, to satisfy the letter of Rule 4(i)(2), a copy of the Complaint and Summons will be sent by Certified Mail to Alex Azar at his above address.

The remaining seven (7) defendants are being sued in both their official and individual capacities. No one is being  sued "...only in his or her official capacity...." Clarity as to the capacity status of these seven (7) defendants cannot be reached until Discovery is complete.

Federal Rules of Civil Procedure 4(i)(3) states:

"*Officer or Employee Sued Individually.* To serve a United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf (whether or not the officer or employee is also sued in an official capacity), a party must serve the United States and also serve the officer or employee under Rule 4(e), (f), or (g)."[1]

As shown on the filed Proofs of Service (see attachment 7), each of the remaining seven (7) defendants were served in his or her individual capacity.

---

[1] The Summonses previously served on Defendants Verma, Kouzoukas, Wilson, Gurk, Hoover, Brennan, and Manuya were served in their individual capacities and fall under Federal Rules of Civil Procedure 4(i)(3). Rules 4(f) and 4(g) do not apply to the Defendants in this case. Only Rule 4(e) does and it states:

"(e) Serving an Individual Within a Judicial District of the United States. Unless federal law provides otherwise, an individual—other than a minor, an incompetent person, or a person whose waiver has been filed—may be served in a judicial district of the United States by:

(1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; or

(2) doing any of the following:

(A) delivering a copy of the summons and of the complaint to the individual personally;

(B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or

(C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process."

As you have previously been sent, by Certified Mail, my Complaint and each Proof of Service, "...the United States...." under Federal Rules of Civil Procedure 4(i)(3) has been served.  Defendants Verma, Kouzoukas, Wilson, Gurk, Hoover, Brennan, and Manuya have been served in their individual and official capacities.


Yours truly,


Fred Burbank, MD
Plaintiff and Attorney Pro Se

1   for RLS treatment.

2   **D. Prohibit CME or it Contractors From Future "Dry Gulch Assignations" and**
3   **"Blind-side Tackling"**

4

5   An order directing the Defendants to cease and desist from preemptory exclusion of any

6   new device or drug - further directing HHS and CMS to follow APA procedures throughout the

7   Department HHS.

8   Such other relief as this Court may deem just and proper.

9

10   Dated: ___2 | 1___, 2018

11   Respectfully submitted,

12

13   *Fred Burbank MD*

14   Fred Burbank, MD (Litigant Pro Se)
15   24040 Camino Del Avion, A326
16   Dana Point, CA 92629
17   Tel: 949-496-0026
18   Fax949-496-3247
19   FBurbank@cox.net

20

21   *Attorney for Plaintiffs*

22

46

1    Exhibit I

2

THE MR OF MONARCH
24040 CAMINO DEL AVION
DANA POINT, CA 92629000

05 19 2018                    14:08 41

CREDIT CARD

AMEX SALE

Card #                        XXXXXXXXXXX4015
Chip Card                     AMERICAN EXPRESS
AID:                          A000000025010801
ATC:                          00E1
TC:                           034518FCB89256D4
SEQ #:                        14
Batch #:                      721
INVOICE                       14
Approval Code:                884152
Entry Method:                 Chip Read
Mode:                         Issuer

SALE AMOUNT                   $21.25

CUSTOMER COPY



7017 2400 0000 8796 1415

THE MAILROOM
MONARCH BEACH, CA
(949) 243-5877

05/19/2018  2:20PM     06
000000#9987    JUSTIN

USPS            $14.50
USPS             $6.75

ITEMS       2
CHARGE      $21.25

WE WRAP, PACK,
AND, SHIP
THANK YOU

USPS TRACKING #    9114 9014 9645 1554 8601 34
& CUSTOMER         For Tracking or inquiries go to USPS.com
RECEIPT            or call 1-800-222-1811.

≡ USPS.COM®

| Quick Tools | Mail & Ship | Track & Manage | Postal Store | Busines |

⊕ English   ⊙ Locations   ◯ Support   Busines

ALERT: AS OF APRIL 30, USPS.COM NO LONGER SUPPORTS OUTDATED BROWSERS. TO CONTINUE ACCESS, TO BROWSER. READ MORE.

# USPS Tracking®

Track Another Package +

**Tracking Number:** 70172400000087961415

**Expected Delivery on**

## MONDAY
## 21
MAY ⓘ
2018 ⓘ
by
**8:00pm** ⓘ

**Status**

✓ **Delivered**

May 21, 2018 at 2:07 pm
Delivered, To Mail Room
LOS ANGELES, CA 90012

Get Updates ⌄