Saul S. Rostamian (SBN: 235282)
srostamian@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750

Attorneys for Plaintiff
FRED BURBANK/SENSORY NEUROSTIMULATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICTOF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| FRED BURBANK. M.D. CEO, President, Board Chairman, and stock holder, Sensory NeuroStimulation, Inc.<br><br>Plaintiff,<br><br>v.<br><br>ALEX M. AZAR II, Secretary, United States Department of Health and Human Services, et al.,<br><br>Defendants. | **Case No. SACV 18-00180 CJC (JDEX)**<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br>Current deadline to file response to Complaint: August 1, 2018<br><br>Proposed deadline to file First Amended Complaint: August 31, 2018<br><br>Proposed deadline to file response to First Amended Complaint: October 1, 2018<br><br>Honorable Cormac J. Carney |

1
NOTICE OF ASSOCIATION OF COUNSEL

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that Winston & Strawn LLP, 333 South Grand Ave., 38th Floor, Los Angeles, California 90071, hereby associates as counsel with Ecoff Campain & Tilles, on behalf of Plaintiff, in the above-captioned action. All pleadings and other papers served on Plaintiff should also be directed to the attention of Saul S. Rostamian at:

> WINSTON & STRAWN LLP
> 333 S. Grand Avenue, 38th Floor
> Los Angeles, CA 90071-1543
> Telephone: (213) 615-1700
> Facsimile: (213) 615-1750

Dated: August 1, 2018
WINSTON & STRAWN LLP

By: /s/ Saul S. Rostamian
Saul S. Rostamian
Attorneys for Plaintiff
FRED BURBANK/SENSORY NEUROSTIMULATION, INC.